UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC ROGERS,

                Plaintiff,

         v.

S.L.P. MANAGEMENT INC., *doing business as* SLAUGHTERED LAMB; A.B. ILIBASSI REALTY COMPANY, L.P.,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/29/2020

20-CV-922 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiff filed this action on February 3, 2020 and an affidavit of service on March 6, 2020, which provided that Plaintiff had served Defendants on February 25, 2020. Dkt. 1, 6, 7. To date, however, Defendants have not appeared nor responded to the complaint. In addition, the parties have not yet responded to the Court's February 7, 2020 Order, requiring them to submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge, or (2) schedule an initial status conference, which may take place over the phone in light of COVID-19. Dkt. 5.

      Accordingly, if Plaintiff intends to move for a default judgment against Defendants, he shall do so no later than June 1, 2020 in accordance with the Court's individual rules (https://nysd.uscourts.gov/sites/default/files/practice_documents/Judge%20Abrams%20-%20Individual%20Rules%20of%20Practice%20in%20Civil%20Cases.pdf).

SO ORDERED.

Dated:   April 29, 2020
           New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge