UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC ROGERS,

                Plaintiff,

            v.

S.L.P MANAGEMENT INC. and A.B. ILIBASSI REALTY COMPANY, L.P.,

                Defendants.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11-6-20
```

20-CV-922 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff filed this action on February 3, 2020, Dkt. 1, and served Defendant S.L.P Management Inc. on March 6, 2020, Dkt. 7. Defendant's response to the complaint was thus due no later than March 17, 2020. *Id.* To date, however, Defendant has not appeared nor responded to the complaint.

On April 29, 2020, this Court issued an order stating: "If Plaintiff intends to move for a default judgment against Defendants, he shall do so no later than June 1, 2020 in accordance with the Court's individual rules, and as further specified in this Order." Dkt. 8. Plaintiff has not done so.

Accordingly, if Plaintiff intends to move for a default judgment against Defendant, he shall do so no later than November 20, 2020, in accordance with the Court's individual rules (https://nysd.uscourts.gov/sites/default/files/practice_documents/Judge%20Abrams%20-%20Individual%20Rules%20of%20Practice%20in%20Civil%20Cases.pdf). **Failure to do so will result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure**.

Further, Defendant A.B. Ilibassi Realty Company, L.P. is reminded that it must serve its cross-claim on Defendant S.L.P Management Inc. no later than November 29, 2020.  *See* Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated:     November 6, 2020
               New York, New York

                                                                RONNIE ABRAMS
                                                                United States District Judge