UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC ROGERS,

                Plaintiff,

v.

S.L.P. MANAGEMENT INC., *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

20-CV-922 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On August 31, 2020, Defendant A.B. Ilibassi Realty Company, L.P. filed a cross-claim against Defendant S.L.P. Managament Inc. Dkt. 17. On November 23, 2020, Ilibassi filed an affidavit of service, averring that S.L.P. was served with the cross-claim on November 21, 2020. Dkt. 21. S.L.P.'s response to the cross-claim was thus due no later than December 12, 2020. *See* Fed. R. Civ. P. 12(a)(1)(B). To date, however, Defendant S.L.P. has not appeared nor responded to the cross-claims.

    Accordingly, if A.B. Ilibassi intends to move for a default judgment against S.L.P., it shall do so no later than January 19, 2021, in accordance with the Court's individual rules (https://nysd.uscourts.gov/sites/default/files/practice_documents/Judge%20Abrams%20-%20Individual%20Rules%20of%20Practice%20in%20Civil%20Cases.pdf).

SO ORDERED.

Dated:    December 28, 2020
             New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge