UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC ROGERS,

                Plaintiff,

        v.

S.L.P. MANAGEMENT INC. and A.B. ILIBASSI REALTY COMPANY, L.P.,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

20-CV-922 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated at today's hearing, the motions for default judgment are DENIED. If Plaintiff wishes to file an amended complaint, he must do so no later than May 24, 2021. Defendants answer, including Defendant A.B. Ilibassi's cross-motion, shall be filed no later than thirty days after the filing of the amended complaint.

    The Clerk of Court is respectfully directed to terminate the motions pending at docket entries 27, 37, and 38.

SO ORDERED.

Dated:    April 23, 2021
            New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge