UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/05/21
```

ERIC ROGERS,

                Plaintiff,

v.

S.L.P. MANAGEMENT INC. d/b/a SLAUGHTERED LAM and, A.B. ILIBASSI REALTY COMPANY, L.P.,

                Defendants.

20-CV-0922 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Defendant A.B. Ilibassi Realty Company, L.P. filed an answer, which included cross claims against Defendant S.L.P. Management Inc., on June 19, 2021. Dkt. 53.

    By October 19, 2021, A.B. Ilibassi Realty Company, L.P. shall serve a copy of the answer and cross claims on S.L.P Management Inc. and shall file proof of service on the docket.

SO ORDERED.

Dated:    October 5, 2021
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge