UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC ROGERS,<br><br>                Plaintiff,<br><br>        v.<br><br>A.B. ILIBASSI REALTY COMPANY., L.P. and S.L.P. MANAGEMENT INC. d/b/a SLAUGHTERED LAMB,<br><br>                Defendants. | 20-CV-922 (RA)<br><br>ORDER |
| A.B. ILIBASSI REALTY COMPANY., L.P.,<br><br>                Cross-claimant<br><br>        v.<br><br>S.L.P. MANAGEMENT INC. d/b/a SLAUGHTERED LAMB,<br><br>                Cross-defendant | |

RONNIE ABRAMS, United States District Judge:

      All parties shall appear for a status conference on December 20, 2021 at 10:15 a.m.  The Court will hold this conference by telephone.  The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public.

      Plaintiff is ordered to serve Defendant S.L.P. Management Inc. with a copy of this order.

SO ORDERED.

Dated:    December 6, 2021
             New York, New York

_____
RONNIE ABRAMS
United States District Judge